UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:16-cr-00367-JAD-NJK |
| vs. | ) ) | **ORDER** |
| ERIC CARLOS RUIZ, | ) ) | |
| Defendant. | ) ) | (Docket No. 44) |
| ———————————————— | ) | |

Pending before the Court is Defendant Eric Carlos Ruiz's unopposed motion to unseal documents. Docket No. 44. Defendant asks the Court to unseal the "petitions to modify his conditions of supervised release which led to a hearing on February 27, 2017," so that he may timely file his opening brief with the Ninth Circuit Court of Appeals. *Id*. at 1.

For good cause shown, the Court hereby **GRANTS** Defendant's motion. Docket No. 44. The documents at Docket Nos. 4 and 5 are ordered unsealed.

IT IS SO ORDERED.

DATED: November 8, 2017.

NANCY J. KOPPE
United States Magistrate Judge