RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
STATE BAR NO. 11626
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org
Attorney for Eric Carlos Ruiz

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CARLOS RUIZ,<br><br>Defendant. | Case No. 2:16-cr-00367-JAD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Eric Carlos Ruiz, that the Revocation Hearing currently scheduled on March 19, 2018, be vacated and continued to a date and time convenient to the Court, but no less than ten (10) days.

This Stipulation is entered into for the following reasons:

1. The parties are engaged in negotiations that may resolve the need for a revocation hearing. Additionally, counsel for the government will be out of the jurisdiction on the date in which the hearing is currently set.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of March, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| By  /s/ Margaret W. Lambrose  <br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By  /s/ Elham Roohani  <br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CARLOS RUIZ,<br><br>Defendant. | Case No. 2:16-cr-00367-JAD-NJK<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, March 19, 2018 at 9:00 a.m., be vacated and continued to April 2, 2018, at the hour of 11:00 a.m.

DATED this 16th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE