1 RENE L. VALLADARES
Federal Public Defender
2 Nevada State Bar No. 11479
MARGARET W. LAMBROSE
3 Assistant Federal Public Defender
Nevada State Bar No. 11626
4 411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
5 (702) 388-6577/Phone
(702)388-6261/Fax
6 Maggie_lambrose@fd.org

Attorney for Eric Carlos Ruiz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC CARLOS RUIZ,<br><br>Defendant. | Case No.: 2:16-cr-367-JAD-NJK<br><br>**STIPULATION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Chad Boardman, Chief United States Probation Officer, and Jessica Racaza, Probation Officer, and Dayle Elieson, United States Attorney, and Dan Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Eric Carlos Ruiz, that this Court amend the conditions of Supervised Release.

This Stipulation is entered into for the following reasons:

1) On April 2, 2018, the Defendant, Eric Carlos Ruiz appeared before the court on a petition for revocation of supervised release. At that time, the parties jointly recommended modifying Mr. Ruiz's release conditions and holding the petition in abeyance for six months.

2) The court accepted the parties' recommendation and modified the release conditions to include the following: (1) drug testing seven times per week; and, (2) substance abuse treatment two times per week. Furthermore, the court removed the home detention with location monitoring condition.

3) Due to Mr. Ruiz's current work schedule, it has become very difficult for him to drug test seven days per week. Specifically, Mr. Ruiz works twelve-hour shifts four days per week. Two days per week Mr. Ruiz works 6am to 6pm and the other two days Mr. Ruiz works 6pm to 6am. As the drug testing facility closes at 6pm, Mr. Ruiz must take time off work to go to the facility during its office hours.

4) The Probation Officer supervising Mr. Ruiz, Officer Racaza, supports the proposed reduction in testing from seven days per week to four days per week.

5) Therefore, the parties stipulate to modify the drug testing condition from requiring him to test seven days per week to requiring him to test four days per week.

DATED this 4th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-367-JAD-NJK |
| Plaintiff, | **ORDER** |
| vs. | |
| ERIC CARLOS RUIZ, | |
| Defendant. | |

IT IS ORDERED, that Mr. Ruiz's condition of supervised release pertaining to drug testing is hereby modified. Mr. Ruiz shall be required to drug test four days per week.

DATED ___4th___ day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE