Prob12D
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

## REQUEST FOR HEARING
## OF REVOCATION OF SUPERVISION TO BE ADVANCED

---

Name of Offender: **Eric Carlos Ruiz**

Case Number: **2:16CR00367**

Name of Sentencing Judicial Officer: **Honorable Dean D. Pregerson**

Date of Original Sentence: **April 8, 2002**

Original Offense: **Brandishing a Firearm During a Crime of Violence; Using and Carrying a Firearm During a Crime of Violence**

Original Sentence: **192 Months prison, followed by 60 Months TSR.**

Date of Prior Revocation: **August 15, 2016 (CA) and August 8, 2017 (NV)**

Revocation Sentence: **Revocation #1: Three (3) months custody, followed by fifty three (53) months supervised release. Revocation #2: Four (4) months custody, followed by forty nine (49) months supervised release.**

Date Supervision Commenced: **November 9, 2017**

Date Jurisdiction Transferred to District of Nevada: **December 15, 2016**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

---

## PETITIONING THE COURT

The probation officer requests that the hearing for revocation of supervision be advanced based on continued non-compliance.

---

## CAUSE

Mr. Ruiz commenced supervised release in the Central District of California, and was shortly revoked based upon new criminal behavior (domestic violence) and traveling out of the district without permission. He commenced supervision for a second term on October 20, 2016.

Multiple instances of methamphetamine use during his second term of supervision resulted in Your Honor modifying his conditions to include his participation in the CARE program. Based upon continue methamphetamine use while in the CARE program, as well as Location Monitoring violations, caused a second revocation of supervision.

Ruiz commenced supervision for a third term on November 9, 2017. Just over a month into his third term of supervision, Ruiz tested positive for alcohol. On February 28, 2018, the offender reported to the office under the influence of methamphetamine. Subsequently revocation proceedings were initiated. At a revocation hearing held on April 2, 2018 before Your Honor, the revocation proceedings were held in abeyance for a period of six months with modified conditions. The revocation hearing was originally scheduled for October 1, 2018.

On June 27, 2018 and on July 3, 2018, Ruiz submitted drug test samples that resulted positive for methamphetamine, reflected in the addendum filed on July 23, 2018. Based upon his continued non-compliance, it is respectfully requested that his hearing for revocation of supervision be advanced.

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **July 26, 2018**

*Jessica Racaza*  Jessica Racaza
2018.07.26
10:20:19 -07'00'

_____
Jessica Racaza
United States Probation Officer

Approved:

Branndon S. Phillips
2018.07.26 10:13:41
-07'00'

_____
Robert Aquino
Supervisory United States Probation Officer

**RE: Eric Carlos Ruiz**

Prob12D
D/NV Form
Rev. June 2014

---

## *THE COURT ORDERS*

☐     No Action.

☐     The issuance of a summons.

**X**     Other

IT IS ORDERED that the revocation hearing set for October 1, 2018 is VACATED and ADVANCED to August 21, 2018 at 9:00 a.m. in Courtroom 6D.

_____
Signature of Judicial Officer

7/27/2018
_____
Date